AO 93 (Rev. 12/03)  Search Warrant

**ORIGINAL**

SEALED
FILED

APR 07 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

_____EASTERN_____  District of  _____CALIFORNIA_____

In the Matter of the Search of

(Name, address or brief description of person or property to be searched)

**SEARCH WARRANT**

**AMERICA ONLINE
PUBLIC SAFETY AND
CRIMINAL INVESTIGATIONS UNIT
2200 AOL WAY
DULLES, VIRGINIA 20166**

Case Number: 1: 0 9 SW  0 0 0 7 6 GSA

TO:  ____Erika Moreno____  and any Authorized Officer of the United States

Affidavit(s) having been made before me by **Erika Moreno, Special Agent with the U.S. Department of Agriculture, Office of Inspector General**, who has reason to believe                                        Affiant

that  ☐ on the person of, or ☒ on the premises known as (name, description and/or location)

## SEE ATTACHMENT A-1

in the _____Eastern_____ District of _____California_____ there is now concealed a certain
person or property, namely  (describe the person or property)

## SEE ATTACHMENT B-1

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED TO search on or before

_____
Date

GSA

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search
☒ in the daytime -- 6:00 A.M. to 10:00 P.M.  ☐ at anytime in the day or night as I find reasonable cause has been established and if the
person or property be found there to seize same, leaving a copy of this warrant and receipt for the person  or property taken and prepare a
written inventory of the person or property seized and promptly return this warrant to

**HON. GARY S. AUSTIN**  as required by law.
U.S. Magistrate Judge (Rule 41(f)(f4))

March 20, 2009   3:50 PM        at   **Fresno, CA**
Date and Time Issued                          City and State

**HON. GARY S. AUSTIN**
**U.S. Magistrate Judge**
Name and Title of Judge                       Signature of Judge

AO 93 (Rev. 12/03)  Search Warrant

| **RETURN** | | Case Number: | 1:09 SW 00076 GSA |
|---|---|---|---|
| DATE WARRANT RECEIVED 3/20/09 | DATE AND TIME WARRANT EXECUTED 3/23/09 . 7:23 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Patricia A. Johnson | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

2 CDs containing subscriber information, transactional information, and contents of electronic/wire communications for the AOL accounts of:

- Ken Nelson
- Thomas Quick
- Isaac Nelson

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____  4/7/09
Signature of Judge            Date

**ATTACHMENT A-1**

LIST OF ITEMS TO BE SEARCHED

I. All records maintained by America Online LLC (AOL) for the accounts of:

    a. Ken NELSON using AOL and/or AIM screen name(s) KNJUNIOR and for any other screen names associated with this account;
    b. Thomas QUICK, using AOL and/or AIM screen name(s) QRAPIDO and for any other screen names associated with this account;
    c. Isaac NELSON using AOL and/or AIM screen name(s) MARIZYME and for any other screen names associated with this account;

to include but not limited to:

ll. All subscriber information, including:

    a. names, email addresses, and screen names;
    b. addresses;
    c. detailed billing records or records of session times and durations;
    d. length of service (including start date) and types of service utilized;
    e. telephone or instrument number or other subscriber number or identity, including any temporarily assigned network address; and
    f. the means and source of payment for such service including any credit card or bank account number).

lll. All transactional information, including:

    a. logs of Internet Protocol ("IP") address connections, including dates, times, and time zones, and any ANI information made available to AOL;
    b. address books;
    c. buddy lists; and
    d. account history, including contacts with AOL support services and records of actions taken online by the subscriber or by AOL support staff in connection with the service.

IV. All contents of electronic or wire communications held in accounts of the persons assigned the screen names identified in paragraph 1, including:

    a. all electronic or wire communications (including e-mail text, attachments, and embedded files) in electronic storage by AOL, or held by AOL as a remote computing service, within the meaning of the Stored Communications Act;
    b. files, data, or information in whatever form and by whatever means they have been created or stored, including files maintained in an Xdrive account; and
    c. all World-Wide Web profiles or homepages.

**ATTACHMENT B-1**

LIST OF ITEMS TO BE SEIZED

I. Search Procedure

a. The officer executing this warrant shall effect service by any lawful method to America Online (AOL)'s offices at the location specified in the warrant;

b. The officer executing this warrant shall permit AOL, as custodian of the computer files described in Section II below, to locate the files, copy them onto removable electronic storage media, or provide them in hard copy form if that is how the information is maintained, and/or deliver the copies to the officer who need not be present during this process at the location specified in the warrant;

c. In order to minimize any disruption of computer service to innocent third parties, AOL employees and/or law enforcement personnel trained in the operation of computers will create an exact duplicate of the computer accounts and files described in Attachment A-1, including an exact duplicate of all information stored in the computer accounts and files described therein;

d. AOL employees will provide the exact duplicate in electronic form of the accounts and files described in Attachment A-1 and all information stored in those accounts and files to the agent who serves the search warrant; and

e. Law enforcement personnel will thereafter review all information and records received from AOL employees to determine the information to be seized by law enforcement personnel specified in Section II.

f. Copies of the records and stored information described in Attachment A-1 should be obtained from original storage and provided on CD-R (CD-Recordable) media, unless the information is available only in hard copy form.

II. Information to be Seized by Law Enforcement Personnel

Evidence of the commission of the offenses described below, contraband, the fruits of crime, and things otherwise criminally possessed, and property designed or intended for use, or which is or has been used as the means of committing a criminal offense, for violations of Title 18, United States Code, Section 1341 (Mail Fraud), Title 18, United States Code, Section 1343 (Wire Fraud), Title 18, United States Code, Section 1001 (False Statements), and Title 7, United States Code, Section 6519(b) (False Statements), from the period of January 2004 to the present, more particularly described as follows:

Such items to be seized should include:

a. Any and all AOL accounts and account information for **knjunior@aol.com, qrapido@aol.com**, and **marizyme@aim.com**, to include e-mail, histories, buddy lists, profiles, subscriber information, method of payment, IP connection logs, detailed billing records (log on and log off times);

b. Electronic mail, text messages, chat logs, photographs, videos, and electronic messages subscribed to by Ken NELSON using AOL and/or AIM screen name(s) KNJUNIOR, and for any other screen names associated with this account;

-1-

c.  Electronic mail, text messages, chat logs, photographs, videos, and electronic messages subscribed to by Thomas QUICK, using AOL and/or AIM screen name(s) QRAPIDO, and for any other screen names associated with this account; and

d.  Electronic mail, text messages, chat logs, photographs, videos, and electronic messages subscribed to by Isaac NELSON using AOL and/or AIM screen name(s) MARIZYME, and for any other screen names associated with this account.