| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | KIRK E. SHERRIFF |
| | Assistant U.S. Attorney |
| 3 | 2500 Tulare Street, Suite 4408 |
| | Fresno, California 93721 |
| 4 | Telephone: (559) 497-4000 |

**FILED**

MAR 24 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the )
Search of: )
 ) 1:09-SW-76-GSA
GOOGLE INC. ) ORDER TO UNSEAL SEARCH WARRANT
1600 AMPHITHEATRE PARKWAY ) AFFIDAVIT AND WARRANT
MOUNTAIN VIEW, CA 94043 )
 )
 )

The search warrant affidavit and warrant in this case having been sealed by Order of this Court on March 20, 2009, and it appearing that the affidavit and warrant are not required to remain secret based upon the motion submitted by the government,

IT IS HEREBY ORDERED that the search warrant affidavit and warrant be unsealed and made public record.

Dated: March 24, 2011

_____
UNITED STATES MAGISTRATE JUDGE